# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fitzgerald, Michael W. | United States District Court, Central District of California | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

350 West First Street
Room 5250
Los Angeles, California 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and President-Elect | Federal Bar Association, Los Angeles Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | NALEO Education Fund; salary |
| 2. | 2018 | State of California, In-Home Supportive Services; miscellaneous income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AIDV International Wine Law Association | 9/3/2018 to 10/2/2018 | Napa, California | Panelist; Ever Changing Nature of Wine Law, Cost & Time Management in Int'l Disputes | Airfare; lodging; mileage and parking; ground transportation |
| 2. | American Bar Association | 10/7/2918 to 10/9/2018 | London, United Kingdom | Panel Moderator; 2018 Criminal Justice Section, White Collar Crime Institute | Airfare; lodging; mileage and parking; ground transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America -- Cash Accounts | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Brokerage Account #2 (Personal) (H) | | | | | | | | | |
| 4. Elements Int'l Small Cap (ELISX) | A | Dividend | J | T | Sold (part) | 1/5/18 | J | | |
| 5. Schwab Amt TF MMF (SWFXX) | | None | J | T | Buy (add'l) | 01/08/18 | J | | |
| 6. | | | | | Sold (part) | 01/09/18 | J | | |
| 7. | | | | | Sold (part) | 05/26/18 | J | | |
| 8. | | | | | Sold (part) | 04/25/18 | J | | |
| 9. | | | | | | | | | |
| 10. Brokerage Account #3 (IRA) (H) | | | | | | | | | |
| 11. Doubleline Strategic (DBCMX) | A | Dividend | K | T | Buy | 07/18/18 | L | | |
| 12. Doubleline Total Return (DBLTX) | B | Dividend | K | T | | | | | |
| 13. Elements International (ELINX) | C | Dividend | M | T | Sold (part) | 01/02/18 | J | | |
| 14. Elements Emerging Mkts (ELMMX) | B | Dividend | L | T | | | | | |
| 15. Elements Int'l Small Cap Port (ELISX) | B | Dividend | L | T | Sold (part) | 01/02/18 | J | | |
| 16. Elements US Port (ELUSX) | D | Dividend | N | T | Sold (part) | 10/11/18 | J | | |
| 17. Elements US Small Cap (ELSMX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Glenmede Secured Options (GLSOX) | B | Dividend | L | T | | | | | |
| 19. Goldman Sachs MLP Energy Infrastructure Inst (GMLPX) | B | Dividend | K | T | Buy | 05/23/18 | K | | |
| 20. Guggenheim Macro Oppty (GIOIX) | A | Dividend | | | Sold | 02/12/18 | L | | |
| 21. Riverpark Short Term High Yld Fd Instl CL (RPHIX) | B | Dividend | K | T | | | | | |
| 22. Robinson Tax Advantaged (ROBNX) | B | Dividend | L | T | Buy | 02/13/18 | L | | |
| 23. Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | Sold (part) | 01/03/18 | K | | |
| 24. | | | | | Sold (part) | 01/26/18 | J | | |
| 25. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 26. | | | | | Sold (part) | 04/26/18 | J | | |
| 27. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 28. | | | | | Sold (part) | 07/17/18 | J | | |
| 29. | | | | | Buy (add'l) | 07/18/18 | K | | |
| 30. | | | | | Sold (part) | 07/19/18 | K | | |
| 31. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 32. | | | | | Sold (part) | 10/18/18 | J | | |
| 33. Stone Ridge All Asset Variance Risk Prem (AVRPX) | | None | L | T | Sold (part) | 07/17/18 | J | | |
| 34. Stone Ridge Reinsurance Risk Prem Interval (SRRIX) | A | Dividend | K | T | Sold (part) | 05/23/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stone Ridge Alt Lending (LENDX) | C | Dividend | L | T | Buy | 01/02/18 | L | | |
| 36. Voya Securitized Credit (VCFIX) | B | Dividend | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. Wells Fargo Bank -- Cash Accounts | A | Interest | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. Brokerage Account #4 (Personal) (H) | | | | | | | | | |
| 41. TD Ameritrade Cash Account (Y) | | | | | | | | | |
| 42. FDIC Insured Deposit Account | A | Interest | J | T | | | | | |
| 43. DFM Emerging Markets Portfolio (DFEMX) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 44. Dreyfus Nattural Resources Fund Cl A (DNLAX) | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 45. Van Eck FDS Global Hard Assets (GHAYX) | | None | | | Buy | 06/04/18 | J | | |
| 46. | | | | | Sold | 08/08/18 | J | | |
| 47. Van Eck Inernat'l Investors Gold Fd (INIYX) | | None | | | Sold | 03/08/18 | J | A | |
| 48. Caatalyst Alphacentric Income Opptys I (IOFIX) | A | Dividend | J | T | Sold (part) | 09/24/18 | J | A | |
| 49. Advisors Inner Circle Intl Fund I (KGIIX) | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 50. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 51. | | | | | Buy (add'l) | 11/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lord Abbett Intl Opportunitties I (LINYX) | | None | | | Buy | 03/08/18 | J | | |
| 53. | | | | | Sold | 07/12/18 | J | | |
| 54. Catalyst Millburn Hedge Strtgy Fd Cl I (MBXIX) | A | Dividend | J | T | Sold (part) | 07/12/18 | J | | |
| 55. Van Eck NDR Managed Allocation Cl A (NDRYX) | | None | | | Sold (part) | 03/08/18 | J | A | |
| 56. | | | | | Sold | 07/30/18 | J | B | |
| 57. Pimco Commodities Plus Strat I (PCLIX) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 58. Pimco Income Fund Institutional Fund (PIMIX) | A | Dividend | | | Sold | 09/21/18 | J | | |
| 59. Pimco FDS Stockplus Small I (PSCSX) | | None | | | Buy | 09/21/18 | J | | |
| 60. | | | | | Sold (part) | 09/24/18 | J | | |
| 61. | | | | | Sold | 10/12/18 | J | | |
| 62. Northern Lights Altegris/AACA Oppt RE I (RAAIX) | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 63. | | | | | Sold (part) | 09/24/18 | J | A | |
| 64. USA Mutuals Navigator Institutional (UNAVX) | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 65. | | | | | Sold (part) | 09/24/18 | J | A | |
| 66. Virtus Funds Kar Intl Small Cap I (VIISX) | | None | | | Buy | 07/13/18 | J | | |
| 67. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 68. | | | | | Sold | 11/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sharepost 100 Fund Single Class Fund (PRIVX) | | None | J | T | | | | | |
| 70. Sprott Physical Gold Trust Unit Common Stock | | None | J | T | | | | | |
| 71. Carter Validus Mission Critical REIT Inc. Com | C | Distribution | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 74. TD Ameritrade Cash Account (Y) | | | | | | | | | |
| 75. FDIC Insured Deposit Account | A | Interest | J | T | | | | | |
| 76. Van Eck FDS Emerging Markets (EMRYX) | | None | | | Buy | 03/08/18 | J | | |
| 77. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 78. | | | | | Sold | 10/12/18 | J | | |
| 79. Van Eck FDS Global Hard Assets (GHAYX) | | None | | | Buy | 03/08/18 | J | | |
| 80. | | | | | Sold | 08/08/18 | J | | |
| 81. Van Eck FDS Intl Investors Gold Fund Y (INIYX) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 82. Catalyst Alphacentric Income Opportunities Cl I (IOFIX) | A | Dividend | J | T | | | | | |
| 83. Mutual Fd Ser Trust Catalyst/Mullburn Hedge Strt I (MBXIX) | A | Dividend | J | T | | | | | |
| 84. Pimco Commodities Plus Strat I (PCLIX) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 85. Pimco Income Fund Institutional Fund (PIMIX) | A | Dividend | | | Sold (part) | 03/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 09/21/18 | J | | |
| 87. Pimco FDS Stockplus Small 1 (PSCSX) | | None | | | Buy | 09/21/18 | J | | |
| 88. | | | | | Sold | 10/12/18 | J | | |
| 89. Sharepost 100 Fund A (PRIVX) | | None | J | T | | | | | |
| 90. | | | | | | | | | |
| 91. Pension Fund #2 (H) | | | | | | | | | |
| 92. Voya Intermediate Bond 1 (IICIX) | B | Dividend | J | T | Sold (part) | 05/02/18 | L | | |
| 93. Loomis Sayles Bond Instl (LSBDX) | C | Dividend | M | T | Sold (part) | 05/02/18 | L | | |
| 94. | | | | | Sold (part) | 11/27/18 | L | | |
| 95. Vanguard Morgan Growth Adm (VMRAX) | B | Dividend | K | T | Buy | 05/02/18 | J | | |
| 96. | | | | | Sold (part) | 11/27/18 | K | | |
| 97. Wells Fargo Spec Mdcp Val R6 (WFPRX) | | None | | | Sold | 05/02/18 | J | | |
| 98. Vanguard Mid Cap Val Idx Adm (VMVZX) | A | Dividend | K | T | Sold (part) | 05/02/18 | K | | |
| 99. | | | | | Sold (part) | 11/27/18 | J | | |
| 100. Hartford Midcap Y | C | Dividend | K | T | Buy | 05/02/18 | K | | |
| 101. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 102. Vanguard Sm Cap Val Idx Adm | A | Dividend | | | Sold | 11/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Calvert Small Cap I (CSVIX) | B | Dividend | K | T | Sold (part) | 05/02/18 | K | | |
| 104. | | | | | Sold (part) | 11/27/18 | J | | |
| 105. T. Rowe Price Intl Discovery I (TIDDX) | B | Dividend | K | T | Buy | 05/02/18 | J | | |
| 106. | | | | | Sold (part) | 11/27/18 | J | | |
| 107. Vanguard Sm Cap Grth Idx Adm | A | Dividend | K | T | Buy | 05/02/18 | K | | |
| 108. | | | | | Sold (part) | 11/27/18 | J | | |
| 109. DFA Emerging Mrkts Core Eq I (X) | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. Brokerage Account #6 (Personal) (H) | | | | | | | | | |
| 112. FDIC Insured Deposit Account | A | Interest | J | T | | | | | |
| 113. Activision Blizzard Inc Com (ATVI) | | None | J | T | Buy | 09/28/18 | J | | |
| 114. Alphabet Inc Com Cl A (GOOGL) | | None | J | T | Buy | 09/28/18 | J | | |
| 115. Amazon.com Inc Com (AMZN) | | None | J | T | Buy | 09/28/18 | J | | |
| 116. Apple Inc Com (AAPL) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 117. Edwards Life Sciences Com (EW) | | None | J | T | Buy | 09/28/18 | J | | |
| 118. Eli Lilly & Co Com (LLY) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 119. Ericsson ADR Sponsored (ERIC) | | None | J | T | Buy | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fleetcor Technologies Inc. Com (FLT) | | None | J | T | Buy | 09/28/18 | J | | |
| 121. Grubhub Inc Com (GRUB) | | None | J | T | Buy | 09/28/18 | J | | |
| 122. IAC/InteractiveCorp Com (IAC) | | None | J | T | Buy | 09/28/18 | J | | |
| 123. Illumina Inc Com (ILMN) | | None | J | T | Buy | 09/28/18 | J | | |
| 124. JP Morgan Chase & Co Com (JPM) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 125. Microsoft Corp Com (MSFT) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 126. Netflix.com Inc Com (NFLX) | | None | J | T | Buy | 09/28/18 | J | | |
| 127. Nvidia Corp Com (NVDA) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 128. Paypal Hldgs Inc Com (PYPL) | | None | J | T | Buy | 09/28/18 | J | | |
| 129. PTC Inc Com (PTC) | | None | J | T | Buy | 09/28/18 | J | | |
| 130. Salesforce.com Inc Com (CRM) | | None | J | T | Buy | 09/28/18 | J | | |
| 131. Schwab Charles Corp Com (SCHW) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 132. Service Now Inc Com (NOW) | | None | J | T | Buy | 09/28/18 | J | | |
| 133. Tesla Inc Com (TSLA) | | None | J | T | Buy | 11/29/18 | J | | |
| 134. Twitter Inc Com (TWTR) | | None | J | T | Buy | 12/13/18 | J | | |
| 135. Union Pac Corp Com (UNP) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 136. Unitedhealth Group Inc Com (UNH) | A | Dividend | J | T | Buy | 09/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Veeva Systems Inc Com Cl A (VEEV) | | None | J | T | Buy | 12/20/18 | J | | |
| 138. Verisk Analytics Com (VRSK) | | None | J | T | Buy | 10/25/18 | J | | |
| 139. Verizon Communications Com (VZ) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 140. Vertex Pharmaceuticals Inc Com (VRTX) | | None | J | T | Buy | 09/28/18 | J | | |
| 141. Walt Disney Co Com (DIS) | | None | J | T | Buy | 09/28/18 | J | | |
| 142. Workday Inc Com Cl A (WDAY) | | None | J | T | Buy | 09/28/18 | J | | |
| 143. | | | | | Sold (part) | 12/13/18 | J | A | |
| 144. Arista Networks Inc Com (ANET) | | None | | | Buy | 09/28/18 | J | | |
| 145. | | | | | Sold | 12/20/18 | J | | |
| 146. Michael Kors Holdings Com (KORS) | | None | | | Buy | 09/28/18 | J | | |
| 147. | | | | | Sold | 12/13/18 | J | | |
| 148. Pioneer Natural Resources Co Com (PXD) | | None | | | Buy | 09/28/18 | J | | |
| 149. | | | | | Sold | 10/25/18 | J | | |
| 150. United Rentals CV Com (URI) | | None | | | Buy | 09/28/18 | J | | |
| 151. | | | | | Sold | 10/19/18 | J | | |
| 152. Visa Inc Com Cl A (V) | A | Dividend | | | Buy | 09/28/18 | J | | |
| 153. | | | | | Sold | 11/29/18 | J | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  XPO Logistics Inc Com (XPO) | | None | | | Buy | 09/28/18 | J | | |
| 155. | | | | | Sold | 12/20/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael W. Fitzgerald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544